UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                            :
JEROMI HORNS BAZUAYE,                       :
                                            :   **OPINION AND ORDER**
                      Plaintiff,            :
                                            :   10 Civ. 9526 (SAS)
        - against -                         :
                                            :
                                            :
DOMINIC ORSINO, Warden, Orange              :
County Correctional Facility,               :
                                            :
                      Defendant             :
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.**

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

The Clerk of the Court is directed to close this case.



1

SO ORDERED:

*[signature]*

Shira.A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 18, 2011

## - Appearances -

**For Petitioner:**

Brian L. Gardner, Esq.
Christopher Michael Tumulty, Esq.
Sullivan Gardner, P.C
475 Park Avenue South
30th Floor
New York, NY 10016
(212) 687-5900

**For Respondent:**

Kirti Vaidya Reddy
Assistant United States Attorney
United States Attorney's Office
86 Chambers Street
New York, NY 10007
(212) 637-2751